1064

[No. 40013-8-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN ANTHONY LOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-05596-7, Kitty-Ann van Doorninck, J., entered October 23, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 40046-4-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. P.C.C., *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 09-8-00035-3, Craddock D. Verser, J., entered November 12, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 40110-0-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOHN VERNON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00353-4, Nelson E. Hunt and Richard L. Brosey, JJ., entered November 19, 2009. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40459-1-II. Division Two. July 26, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. LOVERA M. BLACKCROW, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00342-3, S. Brooke Taylor, J., entered March 2, 2010. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Hunt, J.